# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-1431

———————————————

United States of America

*Plaintiff - Appellee*

v.

James Leonard Miller

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: July 24, 2023
Filed: July 27, 2023
[Unpublished]

——————————

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

James Miller appeals the within-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to drug and firearm charges pursuant to a written plea

———————————

[1]The Honorable Audrey G. Fleissig, United States District Court for the Eastern District of Missouri.

agreement containing an appeal waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____